

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00017-CV

| | | |
|---|---|---|
| MEDICAL RX SERVICES LLC; REMCO PHARMACY, INC.; PHARMACEUTICAL DEVELOPMENT GROUP, LLC D/B/A RX-DIRECT HOME DELIVERY; WESTLAKE HEALTH & BEAUTY PRODUCTS D/B/A WESTLAKE HEALTH MART PHARMACY; AND TM PHARMACY SERVICES LLC D/B/A PHARMTRUST PHARMACY, Appellants | § § § | On Appeal from the 48th District Court of Tarrant County (048-300355-18) |
| V. | § | December 23, 2021 |
| LANCE GEORGEKUTTY; VU VOUNG CAO; LGK BUSINESS VENTURES LLC D/B/A PARKWAY PHARMACY; AND DEVOIR PHARMACY LLC D/B/A MTM PHARMACY, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Medical RX Services LLC, Remco Pharmacy, Inc., Pharmaceutical Development Group, LLC d/b/a RX-Direct Home Delivery, Westlake Health & Beauty Products d/b/a Westlake Health Mart Pharmacy, and TM Pharmacy Services LLC d/b/a PharmTrust Pharmacy shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker